UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARWIN NOE GUTIERREZ-GUERRA,

Petitioner,

v.

WARDEN,

Respondent.

No. 1:26-cv-02545-DAD-SCR (HC)

ORDER DIRECTING STATUS REPORT

On July 9, 2026, the court received notification that the June 17, 2026 findings and recommendations (Doc. No. 13) served on petitioner by mail had been returned to the court as undeliverable due to petitioner having been released from immigration custody on July 1, 2026. The court DIRECTS respondent to file a status report no later than July 16, 2026 at 5:00 p.m. addressing whether petitioner has been released.

IT IS SO ORDERED.

Dated: **July 14, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE